**EXHIBIT B**

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2234
E-Mail Address: MitznerI@dsmo.com

October 27, 2005

**By Facsimile and Certified Mail**

John F. Creedon
Central Restoration
304 Huntingdon Pike
Rockledge, PA 19046

Re:     Withdrawal Liability Default Notification

Dear Mr. Creedon:

On May 13, 2005, David F. Stupar, Executive Director of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), sent Central Restoration/Caulk-Rite of Huntingdon Valley ("Central/Caulk-Rite") a demand for Employer Withdrawal Liability ("EWL"), along with attached reports from the IPF's actuary setting forth the basis for the EWL owed by this company. The EWL demand indicated that Central/Caulk-Rite owed EWL in the amount of $46,337, pursuant to the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA") and the IPF's Withdrawal Liability Procedures. The EWL demand further explained that Central/Caulk-Rite is required to make interim EWL payments to the IPF reflecting an amortization of the total EWL over a number of months. Specifically, Central/Caulk-Rite is required to pay the IPF $5,386.97 for 8 months plus a final payment of $3,509.48.

In addition, the May 13, 2005 demand letter instructed Central/Caulk-Rite that its first interim EWL payment was required to be made within 60 days of May 13, 2005, or by July 12, 2005. As of the date of this letter, Central/Caulk-Rite has failed to make its initial payment in a timely fashion. Accordingly, Central/Caulk-Rite is hereby notified that it has 60 days from the date of this letter to cure this failure and make the interim payments required pursuant to the payment schedule set forth in the IPF's May 13, 2005 demand. If Central/Caulk-Rite does not make such payments within 60 days, it will be deemed in default pursuant to 29 U.S.C. § 1399(c)(5) and the IPF Withdrawal Liability Procedures. At that point, the IPF will be entitled to immediate payment of the total outstanding EWL, plus accrued interest on the total outstanding liability from the due date of the first payment that was not timely made, plus any other damages recoverable under ERISA and/or the IPF procedures.

DSMDB.1955805.1

*1177 Avenue of the Americas • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.legalinnovators.com*



October 27, 2005
Page 2

If you have any questions, please do not hesitate to call.

Sincerely,

Ira R. Mitzner

cc: David F. Stupar, Executive Director, IPF
Michael Murphy, Director of Revenue Accounting, IPF
Craig Weir, Editor, IPF

