IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,

        Plaintiffs,

        v.

CENTRAL RESTORATION, INC., *et al.*,

        Defendant.

Case No. 06-0345 (RMC)

## STIPULATION FOR ENTRY OF JUDGMENT

It is hereby stipulated by and between Plaintiffs John Flynn, *et al.* and Defendant Central Restoration, Inc., *et al.* in the above-captioned action, by counsel, that Defendants waive all defenses to the Plaintiffs' complaint and agree to the entry of final Judgment in the form presented to the Court.

NOW, THEREFORE, the parties hereby agree as follows:

1. Plaintiffs and Defendant hereby consent to the immediate entry by the Court of the Final Judgment in the form annexed hereto as Exhibit A.

2. Defendant consents to the immediate entry of judgment against it and in favor of the Plaintiffs in the amount of $46,337.00.

DC: #331142 v1 (73$#01!.DOC)

3. Accordingly, the Court should enter final Judgment in favor of Plaintiffs and against Defendants in the form attached hereto as Exhibit A.

Dated: May 26 2006        By: _____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO MORIN
   & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
(202) 828-2234

*Attorneys for Plaintiffs*

Dated: May 26 2006        By: _____
William J. Bethune, DC Bar No. 66696
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, DC 20005-2005
(202) 220-1203

Stephen J. Sundheim,
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch St.
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant*